# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
### [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

JAMES DOUGLAS LEWIS JR.
Name under which you were convicted

BCSO 12 MNI 006427
Your prison number

vs.

CIVIL ACTION NO. 15-CV-389-KD-N
(To be supplied by Clerk of Court)

HUEY "HOSS" MACK ET. AL
Name of Defendant(s)

BALDWIN Co. CORRECTIONS, 200 HAND AVE. BAY MINETTE, AL. 36507
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 4/10/06

pleading filed with the Court.

E. <u>Pleading the Complaint</u>. Your complaint <u>should not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to each defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $350.00 filing fee or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will be stricken</u>. See Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will be stricken</u> if it does not contain this certificate of service. <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

## I. PREVIOUS LAWSUITS.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes ( )    No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes ( )    No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: James Douglas Lewis Jr. (Pro-se) BCSO12MN006427
   200 Hand Ave. Bay Minette, AL. 36507

   Defendants: Huey "Hoss" Mack, Baldwin Co. Sheriff.
   200 Hand Ave. Bay Minette, AL, 36507

   2. Court (if federal court, name the district; if state court, name the county): FEDERAL, Southern District of Alabama.

   3. Docket Number: 15-00273-CB-N

   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes (●)   No ( )

   5. Name of judge to whom the case was assigned: Katherine P. Nelson.

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

   Pending.

   7. Approximate date of filing lawsuit: May 27, 2015

3

    8. Approximate date of ruling by court: _____

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Baldwin Co. Correction Cntr.

B. Date it occurred: 1-28-2015

C. Is there a prisoner grievance procedure in this institution? Yes

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
    Yes ( )    No (X)

E. If your answer is YES:

    1. What steps did you take? _____

    2. What was the result? _____

F. If your answer is NO, explain why not: I used the jails grievance system both paper and computer.

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

I have been detained in the Baldwin Co. Corrections Cntr. for almost 18 months. I am fighting my cases pro-se and have been granted pro-se status by the Alabama Criminal Court of Appeals. Currently I am appealing a pre-trial motion decisions on a petition for a writ of Habeas Corpus. The defendants listed have denied me ample access to the facilities law library to research case law for a matter which is before the Alabama Criminal Court of Appeals. The facility does not have a proper law library, what they have consists of an assortment of books, both federal and state,

WHICH ARE INADAQUATE AND OUT OF DATE. FURTHERMORE THE FACILITY DOES NOT HAVE ANY ADDITION OF WEST'S LAW.

### III. PARTIES.

A. <u>Plaintiff</u> (Your name/AIS): James D. Lewis Jr BCSO12MN1006427

   Your present address: 200 Hand Ave. Bay Minette AL. 36507

B. <u>Defendant(s)</u>:

1. Defendant (full name) Huey "Hoss" Mack is employed as Warden at Baldwin Co. Corrections.

   His/her present address is 200 Hand Ave. Bay Minette, AL. 36507.

   (a) Claim against this defendant: Defendant has allowed the officers and staff under his command to violate the Constitutional Rights of the Plaintiff.

   (b) Supporting facts (Include date/location of incident):

   Plaintiff over a 18 month period has been denied on numerous occasions the opportunity to use the Law Library, and Defendant has removed himself from the chain of command and the Grievence Process.

2. Defendant (full name) Capt. Greg Thicklin is employed as Deputy Comm. of Corrections. at Baldwin Co. Corrections Center.

   His/her present address is 200 Hand Ave. Bay Minette, Alabama. 36507.

   (a) Claim against this defendant: Refused to allow Plaintiff the opportunity to speak with Federal Inspectors during an inspection in April of 2015, Defendant has denied access to evidence (I.E. U.S. Mail Log) to Plaintiff

   (b) Supporting facts (Include date/location of incident):

   April of 2015 Federal Insp. came to G-Block, Plaintiff asked to speak to inspectors and was told by Def. that if he was not a Federal Inmate he was not allowed to address inspector.

3. Defendant (full name) Maj. Jimmy Milton is employed as Commander of Corrections. at Baldwin Co. Corrections Center.

5

His/her present address is 200 Hand Ave. Bay Minette, AL. 36507.

(a) Claim against this defendant: DEFENDANT HAS FAILED TO KEEP THE LAW LIBRARY OF FACILITY UP TO DATE AND ADAQUATE FOR INMATES TO USE FOR (PRO-SE) REASEARCH.

(b) Supporting facts (Include date/location of incident):

PLAINTIFF HAS REPEATEDLY MADE ATTEMPTS TO CONTACT THE DEFENDANT TO DISCUSS THIS MATTER. DEFENDANT REMOVED PAPER GRIEVENCE SYSTEM AND INSTALLED KIOSK SYSTEM WHICH HAS NO PAPER TRAIL, AND IS NEVER ANSWERED BY CHAIN OF COMMAND.

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

**IV.** A. You must answer the following questions:

1. State the ~~conviction(s)~~ CHARGES for which you are presently incarcerated: POSSESSION OF FIREARM POSSESSION OF ALTERED FIREARM.

2. When were you ~~convicted~~ CHARGED? 8-14-2013

3. What is the term of your ~~sentence~~ CONFINEMENT? 24 MONTHS.

4. When did you start serving ~~this~~ sentence? 8-14-2013

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )    No (✓)

If so, complete the following:

(a) Date of conviction: UNKNOWN

(b) Term of sentence: UNKNOWN

6. What is your expected end of sentence (E.O.S.) date? UNKNOWN

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|          | Conviction       | Sentence         |
|----------|------------------|------------------|
| Reversed | yes( ) no(✓)     | yes( ) no(✓)     |
| Expunged | yes( ) no(✓)     | yes( ) no(✓)     |

6

## II. Legal Representation: (:4)

1.) The Plaintiff charges that the named defendants have worked in concert to deny him along with all other inmates at Baldwin County Correction Center access to outside legal representation. Whereas the defendants do not provide phonebooks or the listings of phone numbers for attorney's which would allow the Plaintiff to contact one his own behalf from inside the facility. Furthermore the defendants do not permit the use of a cost free phone system in order to make contact with attorneys or bail-bond agents, thereby forcing all inmates to rely strickly on the county contract appointed lawyers. If as in the Plaintiff's case, the inmate is indigent or has no family which can assist him, he is made to languish in jail to await assistance which takes months on average to come to him while the facility, the county and a select group of attorneys benefit monetarily. In fact the Plaintiff filed a charge with the Alabama Bar citing that his contract lawyer left his case unattended for 7 months, and failed to attack his claim for a writ of Habeas Corpus with the State Courts. The Plaintiff filed a motion with the Court in December of 2013 to proceed Pro-Se, but that motion was ignored by the Clerk and never brought before the Court.

James D. Lewis Jr.

## III - Inmate Grievance Proc. (5)

1) The Plaintiff charges that the Defendants have denied the inmates in the facility a proper system to file grievances to settle problems that they may have in the institution. In the fall of 2014 an electronic kiosk was installed in each pod, which is now used to file all requests and grievences. In doing so the Defendants have removed themselves from the chain of command in so far as there is no way of verifying wether or not the Defendant has recieved the message. Furthermore there is no paper trail provided to the inmate, thereby giving the Defendant plausible denial as to his awareness of any problems, since there are no signatures, and no way of knowing who is sending the reply, the Defendant or a Junior Officer.

On several occassions the Plaintiff has attempted to obtain paper copies of his requests and grievences, only to be denied, and told he had to obtain a court order to receive them. The Plaintiff has also on numerous occassions asked Capt. Greg Thicklen to authorize the release of the Plaintiff's reciepts for the legal mail he has recietved, (sic) even though only the officer incharge of the U.S. Mail should be able to authorize this.

I. Law Library                    (.1.)

1.) The Plaintiff states that since his pre-trial detention in the Baldwin County Corrections Center begining on November 25, 2013, he has been denied adaquate access to the facilities law library. Plaintiff has been granted pro-se status by the Alabama Court of Criminal Appeals and needs access to the available legal materials to research case law. The Plaintiff states that the law library is only made available to the inmates one day a week (Saturday) for a period of forty-five minutes, for each inmate wishing to use the library. He further states that the library is not an actual library, it is a 3x5 attorney conference room, which is divided by a partition. The books are kept on the opposite side of the room as the inmate and cannot be accessed unless an officer is present. When the inmate is first placed in this room, he or she is asked by the officer which book/books he needs, once the officer gives the requested books to the inmate he then leaves the room until he returns to take the inmate back to his block. If the inmate asks for the wrong book or needs another book he is helpless to receive one because there is now no officer to retrieve one for him. Therefore the inmate is left to wait for his entire time slot unable to make any progress on his case.

James D. Lewis Jr.
/s/ JWL Jr.

( 2 )

2.) The Plaintiff states that all inmates that use the facility's law library are placed in the 3'x5' room which is locked from the outside by a correctional officer, the inmate is left handcuffed and is forced to complete his tasks such as reading and writing while handcuffed. Given that the inmate is on a time restriction (i.e 45 minutes) Plaintiff asserts that this limits his opportunity to properly access the available legal materials and therefore denies him and other inmates unrestricted access to legal representation while acting in a Pro-Se capacity.

3.) The Plaintiff further states repeated attempts to seek relief from facility staff and officials, has been met with continued denial of any corrective action. The Plaintiff has motioned the Alabama Criminal Court of Appeals to intervene on his behalf, to allow him access on an increased basis in order to allow him to file briefs an motions in a more timely manner. These motions have been denied, but a stay from the court has been granted.

James D. Lewis Jr.

(.3.)

4.) The Plaintiff asserts that due to his inability to access legal materials and his continued denial of the time to properly use the limited law books which are available at Baldwin County Correctional Center, he has been unable to represent himself to the best of his ability. Furthermore Plaintiff argues that because of this, he has been forced to endure the unnecessary and prolonged incarceration of over 19 months.

5.) Finally the Plaintiff argues that this situation not only affects him but every other inmate at this facility. With over 600 inmates and the limited resources devoted to assisting all inmates who wish to research their legal cases, the Plaintiff having exercised all available options asks that the court intervene, and order the facility to comply with all state and federal regulations regarding this subject. To bring the library up to a current standards both state and federal, and to order that inmates in "Pro-Se" status be allowed greater access to the library.

James D. Lewis Jr.

Invalidated     yes( ) no(✓)           yes( ) no(✓)
Writ of habeas  yes( ) no(✓)           yes( ) no(✓)
  corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____
_____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

PLAINTIFF WANTS THE ISSUES RAISED TO BE CORRECTED, AND THE DEFENDANTS TO BE HELD RESPONSIBLE FOR THE PLAINTIFFS FINANCIAL LOSSES FOR 24 MONTHS OF LOST WAGES ECT.

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

7-30-15
Date

(Signature of Plaintiff Under Penalty of Perjury)

200 HAND AVE. BAY MINETTE
Current Mailing Address

ALABAMA. 36507

Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC.  FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

7

James D. Lewis Jr.
BCS012 MNI006427
200 Hand Ave.
Bay Minette, AL.
36507



Clerk of Courts
United States District Court
Southern District of Alabama.
113 St. Joseph Street
Mobile, Alabama.
36602



This Correspondence is forwarded from the Baldwin Company Sheriff's Corrections Center. The contents have not been evaluated, and the Baldwin Co. Sheriff's Office is not responsible for the substance or contents of the enclosed communication.

✱ Legal Mail ✱
7·31·15.